## DUNCAN vs. DUNCAN.

### APPEAL FROM CLAY CIRCUIT COURT.

STRINGFELLOW for appellant.

1st. The evidence shows conclusively, that the complainant is not the innocent and injured party. She was guilty as shown by uncontradicted evidence, not only of equal offences but of similar offences.

2d. If the divorce were properly granted, still the two slaves born after the marriage were improperly decreed to complainant.

WILSON for appellee.

Admitting that the divorce was properly granted, the question is, whether the negroes born after the marriage, followed the mother, or still belong to Duncan. On this, see 1st Marsh R. 532 ; 7 Monroe 232.

McBRIDE, judge, delivered the opinion of the court.

This case comes within the principle decided in the case of Nagel vs. Nagel. The decree of the circuit court will be reversed and the bill of the complainant dismissed.